UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24–cv–01947–MWF–AS | Date | May 6, 2024 |
|---|---|---|---|

| Title | YURI DOERING V. MONICA'S BAKERY, ET AL. |
|---|---|

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

In light of the Notice of Settlement filed 4/29/24, the Court sets a hearing on Order To Show Cause Re Dismissal for June 10, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: rs